, MURPHY, McGUCKIN, ULAKY,
KOUTSOURIS & CONNORS
Christopher K. Koutsouris, Esq.
620 West Lacey Road
Post Office Box 1057
Forked River, New Jersey 08731
(609) 971-1010  FAX (609) 971-7093

Attorneys for Plaintiffs, Jean Picone and Joseph Picone

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEAN PICONE and JOSEPH PICONE, husband and wife,<br><br>　　Plaintiffs,<br><br>v.<br><br>BEY LEA VILLAGE CARE CENTER; 1351 OLD FREEHOLD OPERATIONS LLC; HOLDINGS LLC GENESIS NJ; NEW JERSEY CPL HOLDINGS LLC; NEW JERSEY SUBACUTE LLC; RETIREMENT RESIDENCES REAL ESTATE INVESTMENT TRUST; REVERA HEALTH SYSTEMS, INC.; REVERA INC; REVERA HEALTH SYSTEMS MANAGEMENT LLC; ARNOLD WHITMAN; STEVEN FISHMAN, JOHN DOE(S) 1-10, fictitious persons; ABC CORP(S) 1-10, fictitious entities; ARISTACARE AT MANCHESTER; ARISTACARE AT MANCHESTER, LLC; BENJAMIN KURLAND; MORRIS WIESEL; SIDNEY GREENBERGER; ZVI KLEIN; JOHN DOE(S) 11-20, fictitious persons; ABC CORP(S) 11-20, fictitious entities; OCEAN MEDICAL CENTER; MERIDIAN HEALTH; HACKENSACK MERIDIAN HEALTH; JOHN DOE(S) 21-30; fictitious persons; and ABC CORP(S) 21-30, fictitious entities,<br><br>　　Defendants. | CIVIL ACTION NO.:  3:17-cv-04001-FLW-TJB<br><br>*CIVIL ACTION*<br><br>Honorable Freda L. Wolfson, U.S.D.J.<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**DASTI, MURPHY**
**McGUCKIN, ULAKY,**
**CHERKOS & CONNORS**

COUNSELLORS AT LAW

620 WEST LACEY ROAD
P.O. BOX 1057
FORKED RIVER, N.J. 08731

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(1)(a)(i), the Plaintiffs, by and through counsel, hereby **VOLUNTARILY DISMISS** the instant Complaint as to the following defendants **ONLY:**

1) OCEAN MEDICAL CENTER
2) MERIDIAN HEALTH;
3) HACKENSACK MERIDIAN HEALTH;
4) JOHN DOE(S) 21-30; fictitious persons; and
5) ABC CORP(S) 21-30, fictitious entities,

There have been no Answers or responsive pleadings filed by any Defendant(s) to date.

**DASTI, MURPHY, McGUCKIN, ULAKY CHERKOS & CONNORS**
Attorneys for Plaintiffs

BY: /s/ Christopher K. Koutsouris, Esquire_____
**CHRISTOPHER K. KOUTSOURIS, ESQUIRE (CK-7552)**

**DATED**: September 13, 2017

**DASTI, MURPHY
McGUCKIN, ULAKY,
CHERKOS & CONNORS**

COUNSELLORS AT LAW

620 WEST LACEY ROAD
P.O. BOX 1057
FORKED RIVER, N.J. 08731

**DASTI, MURPHY McGUCKIN, ULAKY, CHERKOS & CONNORS**

COUNSELLORS AT LAW

620 WEST LACEY ROAD
P.O. BOX 1057
FORKED RIVER, N.J. 08731