**DASTI, MURPHY, McGUCKIN, ULAKY, KOUTSOURIS & CONNORS**
Christopher K. Koutsouris, Esq.
620 West Lacey Road
Post Office Box 1057
Forked River, New Jersey 08731
(609) 971-1010  FAX (609) 971-7093
Attorneys for Plaintiffs, Jean Picone and Joseph Picone

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEAN PICONE and JOSEPH PICONE, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>BEY LEA VILLAGE CARE CENTER; 1351 OLD FREEHOLD OPERATIONS LLC; HOLDINGS LLC GENESIS NJ; NEW JERSEY CPL HOLDINGS LLC; NEW JERSEY SUBACUTE LLC; RETIREMENT RESIDENCES REAL ESTATE INVESTMENT TRUST; REVERA HEALTH SYSTEMS, INC.; REVERA INC; REVERA HEALTH SYSTEMS MANAGEMENT LLC; ARNOLD WHITMAN; STEVEN FISHMAN, JOHN DOE(S) 1-10, fictitious persons; ABC CORP(S) 1-10, fictitious entities; ARISTACARE AT MANCHESTER; ARISTACARE AT MANCHESTER, LLC; BENJAMIN KURLAND; MORRIS WIESEL; SIDNEY GREENBERGER; ZVI KLEIN; JOHN DOE(S) 11-20, fictitious persons; ABC CORP(S) 11-20, fictitious entities; OCEAN MEDICAL CENTER; MERIDIAN HEALTH; HACKENSACK MERIDIAN HEALTH; JOHN DOE(S) 21-30; fictitious persons; and ABC CORP(S) 21-30, fictitious entities,<br><br>Defendants. | CIVIL ACTION NO.: 3:17-cv-04001-FLW-TJB<br><br><br>*CIVIL ACTION*<br><br><br>Honorable Freda L. Wolfson, U.S.D.J. |

DASTI, MURPHY, McGUCKIN, ULAKY, KOUTSOURIS & CONNORS

COUNSELLORS AT LAW

620 WEST LACEY ROAD
P.O. BOX 1057
FORKED RIVER, N.J. 08731

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN DEFENDANTS**

1

Pursuant to Federal Rule of Civil Procedure 41(1)(a)(i), the plaintiffs, by and through counsel, hereby **VOLUNTARILY DISMISS** the instant Amended Complaint as to the following defendants **ONLY**:

1. ARTISTACARE AT MANCHESTER;
2. ARTISTACARE AT MANCHESTER, LLC;
3. BENJAMIN KURLAND;
4. MORRIS WIESEL;
5. SIDNEY GREENBERGER; and
6. ZVI KLEIN.

There have been Answers or responsive pleadings filed by any Defendants(s) to date.

**DASTI, MURPHY, McGUCKIN, ULAKY KOUTSOURIS & CONNORS**

Attorneys for Plaintiffs

BY: /S/ CHRISTOPHER K. KOUTSOURIS
**CHRISTOPHER K. KOUTSOURIS, ESQUIRE**
**(CK-7552)**

DATED: October 23, 2017

IT IS SO ORDERED:

_Freda L. Wolfson_
FREDA L. WOLFSON, U.S.D.J.
10-25-17

DASTI, MURPHY
McGUCKIN, ULAKY,
KOUTSOURIS & CONNORS

COUNSELLORS AT LAW

620 WEST LACEY ROAD
P.O. BOX 1057
FORKED RIVER, N.J. 08731

2